# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 31, 2019

Mr. Mark T. Nelson
Butzel Long
150 W. Jefferson Avenue
Suite 100
Detroit, MI 48226

Mr. Michael Alan Ross
Law Office
1869 E. Maple Road
Troy, MI 48083

Re: Case No. 18-2010, *In re: Steve Brackett, et al*
Originating Case No. : 2:09-cv-10048

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

No. 18-2010

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
May 31, 2019
DEBORAH S. HUNT, Clerk

In re: STEVE BRACKETT, et al.,

Petitioners.

O R D E R

Before: SUHRHEINRICH, BATCHELDER, and BUSH, Circuit Judges.

Plaintiffs Steve Brackett, Kevin Murphy, Dariusz Kepczynski, and Bruce Harvey petition for a writ of mandamus, asking us to compel the district court to issue a judgment on their complaint, which has been pending without a decision since the conclusion of a May 2011 bench trial. We requested a response from the district court. On May 15, 2019, the district court issued findings of fact and conclusions of law, as well as a judgment in favor of Defendants. Because the district court has rendered the relief sought, the mandamus petition is moot.

The mandamus petition is **DISMISSED AS MOOT**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk